**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| M. Diane KOKEN, | ) | No. CV 05-2181-PHX- SMM |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| RISK ANALYSIS AND INSURANCE SERVICES, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Pending before the Court is Defendants' Unopposed Motion to Continue March 21, 2007 Status Conference (Dkt. 31).  Good cause appearing,

**IT IS ORDERED** Defendants' Unopposed Motion to Continue March 21, 2007 Status Conference (Dkt. 31) is **GRANTED**.

**IT IS FURTHER ORDERED** that the Court will conduct a Status Hearing in this matter on **Monday, June 11, 2007, at 10:00 a.m.,** before the Honorable Stephen M. McNamee in Courtroom 605 at 401 West Washington Street in Phoenix, Arizona.

DATED this 20th day of March, 2007.

Stephen M. McNamee
United States District Judge