**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| M. Diane KOKEN,<br><br>    Plaintiff,<br><br>vs.<br><br>RISK ANALYSIS AND INSURANCE SERVICES, INC., et al.,<br><br>    Defendants. | No. CV 05-2181-PHX- SMM<br><br>**ORDER** |

Pending before the Court is the parties' Stipulation to Extend June 11 Status Conference (Dkt. 33).  Good cause appearing,

**IT IS ORDERED** Stipulation to Extend June 11 Status Conference (Dkt. 33) is **GRANTED**, and the Status Conference currently set for June 11, 2007 is **VACATED**.

**IT IS FURTHER ORDERED** that the Court will conduct a Status Conference in this matter on **Monday, July 30, 2007, at 10:30 a.m.,** before the Honorable Stephen M. McNamee in Courtroom 605 at 401 West Washington Street in Phoenix, Arizona.

DATED this 4th day of June, 2007.

Stephen M. McNamee
United States District Judge