**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| M. Diane KOKEN,            ) | No. CV 05-2181-PHX- SMM |
|                            ) | |
| Plaintiff,                 ) | **ORDER** |
|                            ) | |
| vs.                        ) | |
|                            ) | |
| RISK ANALYSIS AND INSURANCE ) | |
| SERVICES, INC., et al.,    ) | |
|                            ) | |
| Defendants.                ) | |

Pending before the Court is the parties' Joint Motion to Attend Status Conference by Telephone (Dkt. 35). Good cause appearing,

**IT IS ORDERED** the parties' Joint Motion to Attend Status Conference by Telephone (Dkt. 35) is **GRANTED**.

**IT IS FURTHER ORDERED** that the individuals appearing telephonically shall coordinate a conference call among themselves and call the Court on a clear telephone line at **10:25 a.m. (local time)** at 602-322-7555.

DATED this 23rd day of July, 2007.

_____
Stephen M. McNamee
United States District Judge