**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Joel S. Ario, | No. CV 05-2181-PHX- SMM |
| Plaintiff, | **ORDER** |
| vs. | |
| RISK ANALYSIS AND INSURANCE SERVICES, INC., et al., | |
| Defendants. | |

Pending before the Court is Defendants' Unopposed Motion for Telephonic Appearance of Bradley A. Bell at the July 30, 2007 Status Conference Conference by Telephone (Dkt. 37). Good cause appearing,

**IT IS ORDERED GRANTING** Defendant's Unopposed Motion. (Dkt. 37)

**IT IS FURTHER ORDERED** that Bradley A. Bell shall coordinate with the other parties that have been given permission to appear telephonically at the July 30, 2007 Status Conference and call the Court on a clear telephone line at 10:25 a.m. (Local time) at 602-322-7555.

DATED this 24th day of July, 2007.

Stephen M. McNamee
United States District Judge