**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Joel S. Ario, | No. CV 05-2181-PHX- SMM |
| Plaintiff, | **ORDER** |
| vs. | |
| RISK ANALYSIS AND INSURANCE SERVICES, INC., et al., | |
| Defendants. | |

Pending before the Court is Plaintiff's Unopposed Motion to Substitute Party (Dkt. 40). Joel S. Ario, acting Insurance Commissioner of the Commonwealth of Pennsylvania, has already been substituted as Plaintiff for M. Diane Koken, the former Commissioner of the Commonwealth of Pennsylvania.

Accordingly,

**IT IS ORDERED DENYING** as moot Plaintiff's Unopposed Motion to Substitute Party. (Dkt. 40)

DATED this 9th day of August, 2007.

Stephen M. McNamee
United States District Judge