**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Joel S. Ario, Insurance Commissioner of the Commonwealth of Pennsylvania acting in her official capacity as Statutory Liquidator of Legion Insurance Company and Villanova Insurance Company,<br><br>    Plaintiffs,<br><br>v.<br><br>Risk Analysis and Insurance Services, Inc., et al.,<br><br>    Defendants. | No. CV-05-2181-PHX-SMM<br><br>**ORDER RE: TELEPHONIC APPEARANCE BY COUNSEL AT STATUS CONFERENCE ON SEPTEMBER 24, 2007** |

    This matter having come before the Court on the parties' Joint Motion to Appear Telephonically at the September 24, 2007 Status Conference at 1:30 PM, the Court having such Motion and being otherwise advised, it is **ORDERED** that counsel for parties may appear telephonically at the Status Conference set for September 24, 2007 at 1:30 PM.

    **IT IS FURTHER ORDERED** that the counsel for Plaintiff shall initiate a conference call on a single, clear telephone line before calling Judge McNamee's chambers (602-322-7555) no later than **1:25 PM (local time)**.

    DATED this 19th day of September, 2007.

_____
Stephen M. McNamee
United States District Judge