**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Joel S. Ario, and Villanova Insurance Company,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>Risk Analysis and Insurance Services, Inc., et al.,<br><br>　　　　Defendants. | No. CV-05-2181-PHX-SMM<br><br>**ORDER** |

　　This matter having come before the Court on the parties' Joint Motion to Continue the Status Conference scheduled for October 22, 2007 at 3:30 PM (Dkt. 45), and for good cause shown,

　　**IT HEREBY ORDERED** continuing the Status Conference until **Wednesday, November 28, 2007** at **4:00 p.m.**

　　**IS FURTHER ORDERED** that counsel for the parties may appear telephonically. Counsel for Plaintiff shall initiate a conference call on a single, clear telephone line before calling Judge McNamee's chambers (602-322-7555) no later than **3:55 PM (local time.**

　　DATED this 18th day of October, 2007.

　　　　　　　　　　　　　　　　　　　　　　　　　／s／ Stephen M. McNamee
　　　　　　　　　　　　　　　　　　　　　　　　　Stephen M. McNamee
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge