**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Joel S. Ario, and Villanova Insurance Company, <br><br> Plaintiffs, <br><br> v. <br><br> Risk Analysis and Insurance Services, Inc., et al., <br><br> Defendants. | No. CV-05-2181-PHX-SMM <br><br> **ORDER** |

Pursuant to the stipulation filed by the parties in this matter (Dkt. 48),

**IT HEREBY ORDERED** directing the Clerk to enter judgment in favor of Plaintiff and against Defendant Risk Analysis and Insurance Services in the amount of $351,141.21.

**IS FURTHER ORDERED** dismissing with prejudice Plaintiff's claims against Defendants Risk Analysis and Insurance Services of Colorado, Inc. and Gregory B. Jacobs.

**IT IS FURTHER ORDERED** vacating the status conference scheduled for December 17, 2007.

DATED this 17th day of December, 2007.

Stephen M. McNamee
United States District Judge